IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DALE PETERS,<br><br>　　　　　　　　Defendant. | Case No. 1:15-mc-00031-BAM<br><br>**ORDER TERMINATING WRIT OF EXECUTION** |

The Court, having reviewed the court file, and the United States' Application for Order Terminating the Writ of Execution (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Execution issued under this miscellaneous case number is TERMINATED and this case is hereby CLOSED.

IT IS SO ORDERED.

　　Dated:　__April 3, 2018__　　　　　　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE